UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GANELES, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>OAKTREE CAPITAL GROUP, LLC, JAY WINTROB, HOWARD MARKS, BRUCE KARSH, JOHN FRANK, SHELDON STONE, ROBERT DENHAM, STEVEN GILBERT, LARRY KEELE, D. RICHARD MASSON, WAYNE PIERSON, MARNA WHITTINGTON, and DANIEL LEVIN,<br><br>  Defendants. | Case No. 1:19-cv-06231<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that plaintiff David Ganeles ("Plaintiff") voluntarily dismisses this action without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 24, 2019

Respectfully submitted,

By: /s/ Joshua M. Lifshitz
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ & MILLER LLP**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780

2

        Facsimile: (516) 280-7376

        *Attorneys for Plaintiff*